**COURTROOM MINUTES:**  
The Honorable John R. Froeschner Presiding  
Deputy Clerk: Sheila Anderson

Clerk, U.S. District Court  
Southern District of Texas  
Filed 8/25/15  
David J. Bradley, Clerk

Interpreter Present? ☐ Yes ☐ No   ERO *P. Crawford*

USPT/USPO _____   OPEN 10:09   ADJOURN 10:15

☐ OTHER DISTRICT   ☐ DIVISION   THEIR CASE# _____

**PROCEEDING HELD:**
- ☐ Initial Appearance
- ☑ Counsel Determination Hearing
- ☐ Status Hearing
- ☐ Bond Hearing
- ☐ Identity
- ☐ Hearing Continued on _____
- ☐ Detention Hearing
- ☐ Preliminary Hearing
- ☐ Other _____

CASE NUMBER  ☐ CR ☑ MJ  H-15-1187   Defendant # 1

Gregg Carl Baires

AUSA Steve Schammel

☐ Date of arrest _____   ☐ Rule 5  
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint  
Violation of ☐ Supervised Release ☐ Probation

☑ Defendant ☐ Material Witness appeared   ☐ with ☑ without counsel

☐ Defendant requests appointed counsel.    ☐ Financial Affidavit executed and sworn.  
☐ Order appointing Federal Public Defender    ☐ Order appointing private counsel to follow.  
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____  
☑ Defendant advises that he will retain private counsel. *Josh Schaffer*

☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit  
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit  
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit  
☐ Surety signatures required as to Defendant(s) _____.  
☐ Defendant(s) _____ advised of conditions of release  
☐ BOND EXECUTED and Defendant _____ Released  
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____  
☐ Order of Detention Pending Trial entered as to Defendant(s) _____.  
☐ Bond revoked   ☐ Bond reinstated   ☐ Bond Continued  
☑ Defendant ___1___ remanded to custody   ☐ M/W remanded to custody  
☐ Defendant Ordered Removed to Originating District

Defendant _____ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District  
☐ Court finds: ☐ Probable Cause   ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
- ☐ Arraignment
- ☐ Counsel Determination Hearing
- ☐ Identity Hearing
- ☐ Detention Hearing
- ☐ Preliminary Hearing
- ☐ Final Revocation Hearing
- ☐ _____ Hearing

1) Atty Schaffer to notify Court on 8/27/15 + advises if retained.  
2) ~~His~~ Prelim/Det Hrg to be set thereafter.