**COURTROOM MINUTES:**
The Honorable Stephen Wm Smith Presiding
Deputy Clerk: Jason Marchand

Clerk, U.S. District Court
Southern District of Texas
Filed
9-10-15
David J. Bradley, Clerk

Interpreter Present? ☐ Yes ☐ No   ERO P. Crawford

USPT/USPO D. Hernandez

OPEN 10:12 ADJOURN 10:58

☐ OTHER DISTRICT   ☐ DIVISION            THEIR CASE# _____

**PROCEEDING HELD:**
☐ Initial Appearance         ☐ Counsel Determination Hearing      ☐ Status Hearing
☐ Bond Hearing               ☐ Identity                            ☐ Hearing Continued on ____
☑ Detention Hearing          ☑ Preliminary Hearing                 ☐ Other ____

CASE NUMBER  ☐ CR ☑ MJ  15-1167M   Defendant # 1

AUSA Sherri Zack

Kyogo Carl Baird                     Josh Scaffer

☐ Date of arrest _____            ☐ Rule 5
☐ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☐ Information ☐ Complaint
                                                        Violation of ☐ Supervised Release ☐ Probation

☑ Defendant ☐ Material Witness appeared      ☑ with  ☐ without counsel

☐ Defendant requests appointed counsel.         ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender      ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $____
☐ Defendant advises that he will retain private counsel. _____

☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant _____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s) _____.
☐ Defendant(s) _____ advised of conditions of release
☐ BOND EXECUTED  ☐ Defendant _____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s) _____
☑ Order of Detention Pending Trial entered as to Defendant(s) 1 .
☐ Bond Continued              ☐ Bond reinstated     ☐ Bond Revoked
☑ Defendant 1 remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

Defendant 1 Waiver of ☐ Preliminary ☐ Identity ☑ Detention Hrg ☐ Detention Hrg this District
☑ Court finds: ☑ Probable Cause   ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
   ☐ Arraignment          ☐ Counsel Determination Hearing    ☐ Identity Hearing
   ☐ Detention Hearing    ☐ Preliminary Hearing              ☐ Final Revocation Hearing
   ☐ _____ Hearing