USA-74-24B
(Rev. 05/01)

**CRIMINAL DOCKET**
United States Courts
Southern District of Texas
FILED

SEP 1 7 2015

No. H-15-510

**GALVESTON DIVISION**

USAO Number: 2015R21940

Magistrate Number: H15-1187M

CRIMINAL INDICTMENT

Filed ~~David J. Bradley, Clerk of Court~~ Judge: Hittner

**UNITED STATES of AMERICA**

VS.

GREGG CARL BAIRD

**ATTORNEYS:**

KENNETH MAGIDSON, USA — (713) 567-9000

Sherri Zack, AUSA — (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 3 )

Ct. 1: Receipt of Child Pornography [18 USC § 2252A(a)(2)(B) and 2252A(b)(1)]

Ct. 2: Access with Intent to View Child Pornography [18 USC § 2252A(a)(5)(B) and 2252A(a)(b)(2)]

Ct. 3: Possession of Child Pornography [18 USC § 2252A(a)(5)(B) and 2252A(b)(2)]

**PENALTY:**

Ct. 1: Between 5-20 years imprisonment, unless government can prove prior possession of child pornography conviction, then 15-40 years imprisonment; up to $250,000 fine; not less than 5 years up to life SRT; $100 SA and $5,000 SA (Justice for Victims of Trafficking Act 2015)

Ct. 2: Up to 10 years imprisonment, unless government can prove prior possession of child pornography conviction, then 10-20 years imprisonment; up to $250,000 fine, not less than 5 years up to life SRT; $100 SA.

Ct. 3: Up to 10 years imprisonment unless government can prove prior possession of child pornography conviction, then 10-20 years imprisonment; up to $250,000 fine, not less than 5 years up to life SRT; $100 SA and $5,000 SA (Justice for Victims of Trafficking Act 2015).

☑ In Jail  FDC
☐ On Bond
☐ No Arrest

**NAME & ADDRESS**
of Surety:

**PROCEEDINGS:**