UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO: H-15-510 |
| v. | § | |
| GREGG CARL BAIRD | § | |

## ORDER FOR ISSUANCE OF NOTICE

A  CRIMINAL INDICTMENT  has been filed against the defendant who is

☐ Released on Condition    ☐ Detained    ☑ In Custody    It is

ORDERED that a notice be issued for the appearance of said defendant September 24, 2015 at 10 AM

SIGNED at Houston, Texas, on 9/17, 20 15.

_____
UNITED STATES MAGISTRATE JUDGE