UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                                      Case Number: 4:15−cr−00510

Gregg Carl Baird

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Nancy K. Johnson

**PLACE:**
Courtroom 700
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 9/24/2015

**TIME:** 10:00 AM

**TYPE OF PROCEEDING:** Arraignment

Date:    September 17, 2015

David J. Bradley, Clerk