HONORABLE NANCY K. JOHNSON, PRESIDING     CLERK, U.S. DISTRICT COURT
DEPUTY CLERK: Shannon Jones     ERO: R. Saldana     SOUTHERN DISTRICT OF TEXAS

INTERPRETER No   USPO: _____     FILED 09.24.2015

TIME: 10:04-10:06 a.m.

---

CR. No. 4:15cr510   DEFT No. _____   USDJ_____

| UNITED STATES OF AMERICA | § | Steven Schammel   AUSA |
|---|---|---|
| vs. | § | |
| Gregg Carl Baird | § | Josh Schaffer |

## ARRAIGNMENT

- ☒ Arraignment held. ____ Superseding Indictment ____ Information
- ☒ Deft appearance with counsel.
- ☒ Deft enters a plea of not guilty on ____ counts.
- ☐ Waiver of Speedy Trial executed.
- ☐ Waiver of Indictment.
- ☒ Docket Control Order issued w/cc to parties ____ to be mailed ____ not issued
- ☐ Bond continued.
- ☐ Deft failed to appear, bench warrant to issue.
- ☒ Deft REMANDED to the custody of the U.S. Marshal
- ☐ Nebbia Hearing (Conflict of Interest) held.

OTHER PROCEEDINGS/COMMENTS:

_____

_____