| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

HOUSTON DIVISION

| UNITED STATES OF AMERICA, | § | |
| | § | |
| vs | § | Criminal H 15-510 |
| | § | |
| Gregg Carl Baird | § | Judge David Hittner |
| | § | |
| | § | |

## *DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ordered that:

1. MOTIONS will be filed by     October 14, 2015

2. RESPONSES will be filed by     October 26, 2015

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by     November 9, 2015

4. PRETRIAL CONFERENCE will be held before Judge David Hittner, Courtroom 8A 8th Floor **DEFENDANT MUST BE PRESENT**     November 10, 2015 at 9:30 a.m.

5. JURY selection set for     November 17, 2015 at 10:00 a.m.

6. Speedy trial limits waived? (yes/no)     No

7. Estimated Trial Time     3-4 days

Direct questions about this schedule to ELLEN ALEXANDER, Case Manager to United States District Judge David Hittner, Ellen_Alexander@txs.uscourts.gov, 713-250-5511.

SIGNED ON September 24, 2015 at Houston, Texas.

_____
United States Magistrate Judge
Nancy K. Johnson

_____
Assistant United States Attorney

_____
Attorney for Defendant

_____
Defendant