UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| | § |
| VS. | § CRIMINAL NO. H-15-510 |
| | § |
| | § |
| GREGG CARL BAIRD | § |

## ORDER

Baird's Unopposed Motion For An Extension Of Time To File Pre-Trial Motions And A Continuance Of The Trial Setting is **GRANTED**. Baird's pre-trial motions, if any, must be filed by October 28, 2015.

Signed at Houston, Texas, on October **15**, 2015.

David Hittner
United States District Judge

4