IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | C.R. H-15-510 |
| Gregg Carl Baird,        Defendants. | § § § | |

## AMENDED DOCKET CONTROL ORDER

The defendants having appeared with counsel for arraignment and having entered a plea of "not guilty." it is ORDERED that:

1. MOTIONS will be filed by:            October 28, 2015

2. RESPONSES will be filed by:          November 18, 2015

3. Proposed JURY QUESTIONS and
   JURY CHARGE will be filed by         January 8, 2016

4. FINAL PRETRIAL CONFERENCE            January 8, 2016 at 2:00 p.m.
   **DEFENDANT MUST BE PRESENT**

5. JURY selection and TRIAL set for     January 11, 2016 at 10:00 a.m.

This will constitute an excludable delay as this case is unusual and complex requiring significant time to prepare for trial (18 USC § 3161(h)(7)(B)(ii)).

Direct questions about this schedule to ELLEN ALEXANDER, Courtroom Deputy Clerk, U.S. District Clerk's Office, P.O. Box 61010, Houston, Texas 77208; (713) 250-5511.

SIGNED on _____Oct 15_____ at Houston, Texas.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE