United States District Court
Southern District of Texas

**ENTERED**

November 24, 2015

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-510 |
| | § | |
| GREGG CARL BAIRD | § | |

## ORDER

Baird's Unopposed Motion For An Extension Of Time To File Pre-Trial

Motions is **GRANTED**. Baird's pre-trial motions, if any, must be filed by

December 4, 2015.

Signed at Houston, Texas, on November **23**, 2015.

David Hittner
United States District Judge

4