United States District Court
Southern District of Texas
**ENTERED**
December 03, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| VS. | § § § | CRIMINAL NO. H-15-510 |
| GREGG CARL BAIRD | § | |

## ORDER

Baird's Unopposed Motion For An Extension Of Time To File Pre-Trial Motions is **GRANTED**. Baird's pre-trial motions, if any, must be filed by December 18, 2015.

Signed at Houston, Texas, on December **3**, 2015.

David Hittner
United States District Judge

4