JUDGE _____ DAVID HITTNER _____
CASE MANAGER __ ELLEN ALEXANDER __ RPTR/TAPE Mayra Malone
                                    INTERPRETER __N/A__

TIME ____|____ A.M.   2:00 | 2:20 P.M.   DATE 1/8/16
     begin  end         begin  end

CR. NO. __4:15cr510__   DEFT. NO. __01__

UNITED STATES OF AMERICA                  § __Sherri Zack__ AUSA
vs.                                       §
__Gregg Carl Baird__                      § __Josh Schaeffer__ (R) ☐ CJA

### ARRAIGNMENT / REARRAIGNMENT

☑ karr./krearr.   ☐ Arraignment  ☑ Rearraignment  held on cts __3__.
☑ kpl.            Deft enters a plea of ☑ gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).
☐ kwvindi.        Indictment waived.
☑ kplag.          PLEA AGREEMENT: __Rule 11(c)(1)(A)+(B)__

☑ ...             Order for PSI setting Disclosure and Sentencing dates signed.
☐ kwvpsi.         PSI waived.
☑ ksen.           Sentencing set __April 4, 2016__ at __2:00 p.m__.
☐ kjytrl.         Jury trial set _____ at _____.
☐ ko.(bnd.)       Deft bond ☐ set  ☐ reduced to $ ____  ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ ...             Deft failed to appear, bench warrant to issue.
☐ ...             Deft bond ☐ continued  ☐ forfeited.
☑ ...             Deft remanded to custody.
☑ ...             Terminate other settings for this deft.   ☑ Terminate motions for this deft.
                  OTHER PROCEEDINGS: _____

Copy to:    USPO