## SENTENCE DATA SHEET

**CRIMINAL NO.:**        15-510

**DEFENDANT:**        GREGG CARL BAIRD

**DEFENDANT'S
IMMIGRATION
STATUS:**        U.S.

**GUILTY PLEA:**        Count Three

**SUBSTANCE
OF PLEA
AGREEMENT:**        Pursuant to Rule 11(c)(1)(A) & (B)

The defendant agrees to:    1)  plead guilty to Count Three of the Indictment;

2)  waive right to appeal and collaterally attack this conviction;

3) forfeit property listed in the indictment;

4) acknowledge his prior conviction for possession qualifies him for the enhanced punishment range.

The government agrees to:    1)  not oppose defendant's anticipated request to the Court and the United States Probation Office that he receive a  two (2) level downward adjustment of his offense level for acceptance of responsibility as contemplated in U.S.S.G. Section 3E1.1(a);

2) if Defendant qualifies for an adjustment under section 3E1.1(a) of the United States Sentencing Guidelines, the United States agrees not to oppose Defendant's request for an additional one-level departure based on the timeliness of the plea or the expeditious manner  in  which  Defendant  provided

complete information regarding his/her role in the offense (if Defendant's offense level is 16 or greater);

3) dismiss Counts One and Two at sentencing, if defendant proceeds to plea in accordance with the agreement.

**COUNT THREE:**        <u>Possession of Child Pornography</u> - Title 18, U.S.C. 2252A(a)(5)(B)

**ELEMENTS:**    1.    That the defendant knowingly possessed materials that contained child pornography; and

2a.    the materials were mailed, shipped, or transported in interstate or foreign commerce, by computer or any other means, or

2b.    were produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce; and

3.     That when the defendant possessed the material, the defendant knew the material was or contained child pornography.

**PENALTY:**        A term of imprisonment of not less than ten (10) years and up to 20 years and a fine of up to $250,000.

**SUPERVISED RELEASE:**        At least 5 years up to any term of years or Life.

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:**        Not Applicable

**SENTENCING**

**GUIDELINES:**              Applicable

**RESTITUTION:**             Applicable

**SPECIAL
ASSESSMENT:**                $100 per count of conviction

**ATTACHMENT:**              Plea agreement

3