United States District Court
Southern District of Texas
**ENTERED**
January 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO: 4:15-cr-510 |
| GREGG CARL BAIRD<br>Defendant. | § § § | |

## PRELIMINARY ORDER OF FORFEITURE

On January 8, 2016, Defendant Gregg Carl Baird pleaded guilty to possession of child pornography as charged in Count Three of the Indictment. The Indictment provided the Defendant notice that, in the event of conviction, the United States would seek to forfeit, pursuant to 18 U.S.C. § 2253(a), all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and all property real and personal, used or intended to be used to commit or to promote the commission of the offense, or any property traceable to such property, including, but not limited to, an HP 64GB thumb drive. Based on the evidence in the record, the Court finds that the United States has established a requisite nexus between the HP 64GB thumb drive and the offense of conviction. Accordingly, the Court ORDERS that:

(1) The HP 64GB thumb drive is forfeited to the United States of America, with all right, title and interest vesting in the United States.

(2) The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant with standing to contest the forfeiture in the ancillary proceeding.

(3) Any person, other than the Defendant, asserting a legal interest in the property which has been ordered forfeited to the United States may petition the Court for a hearing to adjudicate the validity of their alleged interest in the property within thirty (30) days of

the final publication of notice or receipt of actual notice, whichever is earlier. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in that property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in that property, and any other facts which support the petitioner's claim and the relief sought. The petition shall be filed with the United States District Clerk, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002. A copy of the petition shall be sent to Lori Roth, Assistant United States Attorney, 1000 Louisiana, Suite 2300, Houston, Texas 77002.

(4)  Pursuant to Fed. R. Crim. P. 32.2(b)(4), this order is final as to Defendant and the forfeiture shall be made part of his sentence and included in his judgment.

Signed at Houston, Texas, on _Jan. 8_, 2016.

David Hittner
United States District Judge