United States District Court
Southern District of Texas

**ENTERED**
January 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CRIMINAL H-15-510 (01) |
| § | |
| Gregg Carl Baird, § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on counts ___3___ a presentence report is ordered.

1. By February 29, 2016, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By March 14, 2016, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By March 28, 2016, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for April 4, 2016 at 2:00 p.m. (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

United States Probation Department
Room 2301, 515 Rusk Avenue, Houston
Telephone: (713) 250-5266

If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

Signed January 8, 2016

_____
United States District Judge

Copies:   United States Probation
AUSA: Sherri Zack
Defense Counsel: Josh Schaffer (R)
Defendant is **in Custody.**