IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA                §
                    Plaintiff,          §
                                        §
v.                                      §          CRIMINAL NO. H-15-cr-510
                                        §
GREGG CARL BAIRD                        §
                    Defendant.          §

## NOTICE OF DECLARATION OF PUBLICATION

The United States of America has published notice of this forfeiture action as stated in the attached and incorporated declaration.

Respectfully submitted,

Kenneth Magidson
United States Attorney

By:   /s/ Susan Kempner_____
      SUSAN B. KEMPNER
      Assistant U.S. Attorney
      FBN: 6507 / TBN: 11259700
      1000 Louisiana, Suite 2300
      Houston, Texas  77002
      Phone: (713) 567-9565