IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA

     Plaintiff,

v.

CRIMINAL NO. H-15-cr-510

GREGG CARL BAIRD

     Defendant.

## DECLARATION OF PUBLICATION

Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on January 15, 2016 as evidenced by Attachment 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 16, 2016 at Houston, TX.

Susan Williams
Records Examiner
1000 Louisiana, Suite 2300
Houston, TX 77002
Phone: 713-567-9477

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**COURT CASE NUMBER: H-15-CR-510; NOTICE OF FORFEITURE**

Notice is hereby given that on January 08, 2016, in the case of U.S. v. Gregg Carl Baird, Court Case Number H-15-CR-510, the United States District Court for the Southern District of Texas entered an Order condemning and forfeiting the following property to the United States of America:

HP 64GB thumb drive which was seized from Gregg Carl Baird on or about August 20, 2015 in Spring, TX

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (January 15, 2016) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, U.S. District Courthouse, 515 Rusk, Houston, TX  77002, and a copy served upon Assistant United States Attorney Sue Kempner, 1000 Louisiana, Suite 2300, Houston, TX  77002. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

 **Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between January 15, 2016 and February 13, 2016. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Gregg Carl Baird

| Court Case No: | H-15-CR-510 |
|---|---|
| For Asset ID(s): | See Attached Advertisement Copy |

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 01/15/2016 | 24.0 | Verified |
| 2 | 01/16/2016 | 24.0 | Verified |
| 3 | 01/17/2016 | 24.0 | Verified |
| 4 | 01/18/2016 | 24.0 | Verified |
| 5 | 01/19/2016 | 24.0 | Verified |
| 6 | 01/20/2016 | 24.0 | Verified |
| 7 | 01/21/2016 | 24.0 | Verified |
| 8 | 01/22/2016 | 24.0 | Verified |
| 9 | 01/23/2016 | 24.0 | Verified |
| 10 | 01/24/2016 | 24.0 | Verified |
| 11 | 01/25/2016 | 24.0 | Verified |
| 12 | 01/26/2016 | 24.0 | Verified |
| 13 | 01/27/2016 | 24.0 | Verified |
| 14 | 01/28/2016 | 24.0 | Verified |
| 15 | 01/29/2016 | 24.0 | Verified |
| 16 | 01/30/2016 | 24.0 | Verified |
| 17 | 01/31/2016 | 24.0 | Verified |
| 18 | 02/01/2016 | 24.0 | Verified |
| 19 | 02/02/2016 | 24.0 | Verified |
| 20 | 02/03/2016 | 24.0 | Verified |
| 21 | 02/04/2016 | 24.0 | Verified |
| 22 | 02/05/2016 | 24.0 | Verified |
| 23 | 02/06/2016 | 24.0 | Verified |
| 24 | 02/07/2016 | 24.0 | Verified |
| 25 | 02/08/2016 | 24.0 | Verified |
| 26 | 02/09/2016 | 24.0 | Verified |
| 27 | 02/10/2016 | 24.0 | Verified |
| 28 | 02/11/2016 | 24.0 | Verified |
| 29 | 02/12/2016 | 24.0 | Verified |
| 30 | 02/13/2016 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.