UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-510 |
| | § | |
| GREGG CARL BAIRD | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR
A CONTINUANCE OF THE SENTENCING HEARING**

TO THE HONORABLE DAVID HITTNER:

Gregg Carl Baird files Defendant's Unopposed Motion For A Continuance Of The Sentencing Hearing, and for cause would show as follows:

I.

Defendant pled guilty to possession of child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B) (count three), on January 8, 2016. He is detained pending sentencing. The probation officer released the pre-sentence investigation report on February 29, 2016. The statutory range of punishment is ten to 20 years in prison. The sentencing hearing is scheduled for April 4, 2016.

Counsel for defendant needs more time to complete his mitigating investigation. He requests an extension of at least 60 days. The Government does not oppose this extension.[1]

---

[1] Sherri Zack, the prosecutor, informed counsel that she is scheduled to be in trial in Judge Kenneth Hoyt's court on April 4, 2016.

1

This motion is made in the interests of justice and not to delay the proceedings. Defendant requests that the Court grant this motion.[2]

          Respectfully submitted,

          /S/ Josh Schaffer
          Josh Schaffer
          State Bar No. 24037439
          Federal ID No. 33073

          1021 Main, Suite 1440
          Houston, Texas  77002
          (713) 951-9555
          (713) 951-9854 (facsimile)
          josh@joshschafferlaw.com

          Attorney for Defendant
          GREGG CARL BAIRD

## **CERTIFICATE OF CONFERENCE**

I conferred with Sherri Zack, Assistant United States Attorney, on March 7, 2016, and she does not oppose this motion.

          /S/ Josh Schaffer
          Josh Schaffer

## **CERTIFICATE OF SERVICE**

I served a copy of this document on Sherri Zack, Assistant United States Attorney, by electronic filing on March 7, 2016.

          /S/ Josh Schaffer
          Josh Schaffer

---

[2] Defense counsel's wife is scheduled to have surgery on May 5, 2016.  He respectfully requests that the Court not reschedule the sentencing hearing for either May 5 or 6.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | CRIMINAL NO. H-15-510 |
| § | |
| GREGG CARL BAIRD § | |

## **ORDER**

Baird's Unopposed Motion For A Continuance Of The Sentencing Hearing is **GRANTED**. Sentencing is set for _____, 2016, at _____.

Signed at Houston, Texas, on March _____, 2016.

_____
David Hittner
United States District Judge

3