United States District Court
Southern District of Texas
**ENTERED**
March 08, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-510 |
| | § | |
| GREGG CARL BAIRD | § | |

## ORDER

Baird's Unopposed Motion For A Continuance Of The Sentencing Hearing is **GRANTED**. Sentencing is set for ___June 17___, 2016, at ___2:00 p.m.___.

Signed at Houston, Texas, on March __9__, 2016.

David Hittner
United States District Judge

CC: Melissa Montes
    Probation

3