UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-15-510 |
| | § | |
| GREGG CARL BAIRD | § | |

### DEFENDANT'S NOTICE OF NO OBJECTIONS TO THE PSR

TO THE HONORABLE DAVID HITTNER:

Gregg Carl Baird, defendant, gives notice that he has no objections to the presence report (PSR).[1]

Respectfully submitted,

/S/ Josh Schaffer
Josh Schaffer
State Bar No. 24037439
Federal ID No. 33073

1021 Main, Suite 1440
Houston, Texas 77002
(713) 951-9555
(713) 951-9854 (facsimile)
josh@joshschafferlaw.com

Attorney for Defendant
GREGG CARL BAIRD

---

[1] Counsel for Baird has brought two typographical errors to the attention of the probation officer. The PSR stated that a parole violation was filed against Baird in 2014 (¶34); in fact, the violation was filed in 2015. It also stated that Baird's total criminal history score is six (¶37); in fact, it is five. The probation officer told counsel that she will make both corrections in the Addendum to the PSR. Neither error affects the sentencing guideline calculations.

## **CERTIFICATE OF SERVICE**

I served a copy of this document on Sherri Zack, Assistant United States Attorney, by electronic filing on March 9, 2016.

/S/ Josh Schaffer
Josh Schaffer