United States District Court
Southern District of Texas
**ENTERED**
May 20, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § § | |
| v. | § § | C.R. Action H-15-510 |
| Gregg Carl Baird, | § § | |

## ORDER

IT IS HEREBY

ORDERED that the sentencing in this case is reset to June 16, 2016 at 1:45 p.m.

SIGNED at Houston, Texas, on this 20th day of May, 2016.

_____
DAVID HITTNER
United States District Judge