United States District Court
Southern District of Texas

**ENTERED**
June 03, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-15-510 |
| | § |
| GREGG CARL BAIRD | § |

## ORDER

Baird's Second Unopposed Motion For A Continuance Of The Sentencing Hearing is **GRANTED**. Sentencing is set for August 31, 2016, at 2:00 p.m.

Signed at Houston, Texas, on June **3**, 2016.

David Hittner
United States District Judge