United States District Court
Southern District of Texas
**ENTERED**
August 17, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America, | § | |
| | § | |
| v. | § | C.R. Action H-15-510 |
| | § | |
| Gregg Carl Baird, | § | |

## ORDER

IT IS HEREBY

ORDERED that the sentencing will be reset to Friday, October 7, 2016 at 2:00 p.m., Courtroom 8-A, 515 Rusk, Houston, Texas.

SIGNED at Houston, Texas, on this 17th day of August, 2016.

_____
DAVID HITTNER
United States District Judge

cc: Melissa Montes
    Probation